1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) ) |
| Plaintiff(s), | ) )   Case No. 2:14-cv-01744-RFB-NJK |
| vs. | ) )   ORDER |
| ACCURACY GLASS & MIRROR COMPANY, INC., et al., | ) ) ) |
| Defendant(s). | ) ) |

This matter is before the Court on the failure of Defendants to file Certificates of Interested Parties. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendants have failed to comply.

. . .

. . .

. . .

1  Accordingly, **IT IS ORDERED** that Defendants shall file Certificates of Interested Parties,
2  which fully complies with LR 7.1-1, **no later than 4:00 p.m., November 25, 2014.** Failure to comply
3  may result in the issuance of an order to show cause why sanctions should not be imposed.
4  IT IS SO ORDERED.
5  DATED: November 18, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge